IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIEU HUYNH AND AMY HUYN, | § | |
|    *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-02977 |
| | § | |
| NATIONWIDE MUTUAL INSURANCE | § | |
| COMPANY and VICTORIA MALICK, | § | |
|    *Defendants.* | § | |

## NOTICE OF SETTLEMENT

Defendants Nationwide Mutual Insurance Company and Victoria Malick ("Defendants") provide notice to the Court that Plaintiffs and Defendants have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendants respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

    Respectfully submitted,

    */s/ Patrick M. Kemp*
    Patrick M. Kemp
    Texas Bar No. 24043751
    Southern District No. 38513
    pkemp@smsm.com
    Segal McCambridge Singer and Mahoney
    100 Congress Avenue, Suite 800
    Austin, Texas 78701
    (512) 476-7834
    (512) 476-7832 – Facsimile

    ATTORNEY-IN-CHARGE FOR DEFENDANTS

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this the 15th day of October, 2018.

  Robert A. Pollom
  Jake Rogiers
  Ketterman Rowland & Westlund
  16500 San Pedro, Suite 302
  San Antonio, Texas 78232

            */s/ Patrick M. Kemp*
            Patrick M. Kemp