IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIEU HUYNH AND AMY HUYN,<br>    *Plaintiffs,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-02977 |
| NATIONWIDE MUTUAL INSURANCE<br>COMPANY and VICTORIA MALICK,<br>    *Defendants.* | § § § § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Hieu Huynh and Amy Huyn ("Plaintiffs") and Defendants Nationwide Mutual Insurance Company and Victoria Malick ("Defendants") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs filed suit against Defendants related to an insurance claim for property damage.

2. Plaintiffs and Defendants have since resolved their differences to their mutual satisfaction.

3. Plaintiffs move to dismiss the entire suit with prejudice. Defendants agree to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Robert A. Pollom (w/p PMK)* | */s/ Patrick M. Kemp* |
| Robert A. Pollom | Patrick M. Kemp |
| Texas Bar No. 24041703 | Texas Bar No. 24043751 |
| Southern District No. 249539 | Southern District Bar No. 38513 |
| robert@krwlawyers.com | pkemp@smsm.com |
| Ketterman Rowland & Westlund | Segal McCambridge Singer and Mahoney |
| 16500 San Pedro, Suite 302 | 100 Congress Avenue, Suite 800 |
| San Antonio, Texas 78232 | Austin, Texas 78701 |
| Tel. (210) 490-7402 | (512) 476-7834 |
| Fax (210) 490-8372 | (512) 476-7832 - Facsimile |
| **ATTORNEY-IN-CHARGE FOR PLAINTIFFS** | **ATTORNEY-IN-CHARGE FOR DEFENDANTS** |
| Of Counsel: | Of Counsel: |
| Jake Rogiers | Robert G. Wall |
| Texas Bar No. 24069066 | Texas Bar No. 24072411 |
| Southern District No. 2478454 | Southern District Bar No. 1117137 |
| jake@krwlawyers.com | rwall@smsm.com |
| Ketterman Rowland & Westlund | Segal McCambridge Singer and Mahoney |
| 16500 San Pedro, Suite 302 | 100 Congress Avenue, Suite 800 |
| San Antonio, Texas 78232 | Austin, Texas 78701 |
| robert@krwlawyers.com | (512) 476-7834 |
| jake@krwlawyers.com | (512) 476-7832 - Facsimile |
| Tel. (210) 490-7402 | |
| Fax (210) 490-8372 | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 26th of October, 2018 to:

Mr. Robert A. Pollom
Mr. Jake Rogiers
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232

*/s/ Patrick M. Kemp*
Patrick M. Kemp